JOHN L. MARSHALL (Cal. Bar No. 145570)
JORDAN C. KAHN (Cal. Bar No. 197133)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada  89449
Telephone: (775) 588-4547
Facsimile:  (775) 588-4527

Attorneys for Plaintiff,
TAHOE REGIONAL PLANNING AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK MCCREARY, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | CASE NO. CVS-05-233-WBS-GGH <br><br> TRPA'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER THEREON |

On May 25, 2005, the Governing Board of the Plaintiff Tahoe Regional Planning Agency ("TRPA") approved the Settlement Agreement attached hereto as Exhibit A.  As agreed upon by TRPA and Defendant Frank McCreary (McCreary), and as set forth in the attached Settlement Agreement, McCreary shall pay the TRPA $5,000 and, at the direction of TRPA, remove the debris presently existing on the City of South Lake Tahoe Property as a result of McCreary's unauthorized tree removal activities.  With this understanding, TRPA respectfully requests that this Court dismiss the above-entitled action.

Respectfully submitted,

Dated: June 3, 2005.

TAHOE REGIONAL PLANNING AGENCY

By: ___/s/–Jordan Kahn_____
     John L. Marshall
     Jordan C. Kahn

     Attorneys for Plaintiff,
     Tahoe Regional Planning Agency
     P.O. Box 5310
     Stateline, Nevada  89449

**ORDER**

Good cause being shown, the above-captioned matter is hereby dismissed.  IT IS SO ORDERED.

Dated: June 6, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RE: <u>TRPA v. MCCREARY</u>

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
CASE NO. CV-00233-WBS-GGH

<u>CERTIFICATE OF SERVICE</u>

Pursuant to FRCP 5(b), I certify that I am over 18 years of age and am not a party to the above-entitled action. I am an employee of the Tahoe Regional Planning Agency, and my business address is P.O. Box 5310, Stateline, Nevada 89449. On the 3rd day of June, 2005, I caused to be sent by U.S. mail a true and correct copy of the following documents:

TRPA'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER THEREON

addressed to the following parties:

>   Frank McCreary
>   P.O. Box 13398
>   South Lake Tahoe, CA
>   96151

I declare under penalty of perjury that the foregoing is true and correct. Executed at Stateline, Nevada, on June 3, 2005.

>   /s/ -- Sara Urch
>   Sara Urch
>   Tahoe Regional Planning Agency